1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                       FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   MARIO VALENZUELA,                        No.  2:14-cv-2090 CMK P

11                  Petitioner,

12        v.                                  ORDER

13   JEFF MACOMBER,

14                  Respondent.

15

16        Petitioner, a state prisoner proceeding with counsel, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

18   In his application, petitioner challenges a conviction issued by the Kern County Superior Court.

19   Kern County is part of the Fresno Division of the United States District Court for the Eastern

20   District of California.  See Local Rule 120(d).

21        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22   division of a court may, on the court's own motion, be transferred to the proper division of the

23   court.  Therefore, this action will be transferred to the Fresno Division of the court.  This court

24   will not rule on petitioner's request to proceed in forma pauperis.

25        Good cause appearing, IT IS HEREBY ORDERED that:

26        1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

27        2.  This action is transferred to the United States District Court for the Eastern District of

28   California sitting in Fresno; and

                                            1

1        3.  All future filings shall reference the new Fresno case number assigned and shall be

2  filed at:

3                    United States District Court
                        Eastern District of California

4                    2500 Tulare Street
                    Fresno, CA 93721

5

6  Dated:  October 14, 2014

7

8                                  CRAIG M. KELLISON
                                UNITED STATES MAGISTRATE JUDGE

9

10

11  /kly
  vale 14cv2090.109

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28